

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-22-00201-CV |
| IN RE: | § | |
| | | AN ORIGINAL PROCEEDING |
| JORDAN FOSTER CONSTRUCTION, LLC, | § | |
| | | IN MANDAMUS |
| Relator. | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Sergio Enriquez, Judge of the 448th District Court of El Paso County, Texas, concerning his order denying Jordan Fosters' Rule 91a motion to dismiss. The Court concludes that Relator's petition for writ of mandamus is conditionally granted in part, and denied in part. We direct the trial court to vacate its order denying the motion to dismiss and re-issue it in accordance with this decision. This writ of mandamus will issue should the trial court fail to comply.

IT IS SO ORDERED THIS 6TH DAY OF MARCH, 2023.


GINA M. PALAFOX, Justice


Before Rodriguez, C.J., Palafox, and Soto, JJ.